# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-21021-KHT |
| | ) | |
| BRENT WILLIAM SHYPKOSKI | ) | |
| MICHELLE LINN SHYPKOSKI | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| MICHELLE LINN SHYPKOSKI | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding No. |
| | ) | 19-01289-KHT |
| vs. | ) | |
| | ) | |
| NATERA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

---
### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
---

Michelle Shypkoski ("Debtor/Plaintiff"), by and through her undersigned counsel, submits this Voluntary Dismissal with Prejudice and with each party to bear its own costs and attorneys' fees regarding her Complaint against Natera, Inc. ("Defendant") pursuant to F.R.B.P. 7041 and F.R.Civ.P. Rule 41.

The Plaintiff filed the above numbered adversary proceeding on October 18, 2019, alleging a bankruptcy stay violation by Defendant. The Defendant was served with the Summons and Complaint.

The parties have reached an agreement to resolve the issues and to settle the pending Complaint. Defendant has not filed an answer nor a motion for summary judgment. Dismissal under Rule 41(a)(1) is therefore appropriate as the parties have reached a resolution.

Respectfully Submitted,
For Plaintiff

/s/ *Christopher German*
_____
Law Office of Christopher A. German, LLC
Christopher A. German, Reg. No. 41206
7555 E. Hampton Ave., Suite 600
Denver, CO 80231
720.675.8075

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the *Notice of Voluntary Dismissal with Prejudice* was served by placing the same in the United States Mail, first class postage pre-paid, this December 4, 2019, to the following:

Foley Hoag LLP
Attn: Michael Licker
155 Seaport Boulevard
Boston, MA 02210-2600

*/s/ Chris German*